UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TYRONE STEVENS  (#505111)

VERSUS                                                        CIVIL ACTION

BOBBY JINDAL , ET AL                                 NUMBER 09-157-FJP-DLD

**NOTICE**

    Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the U. S. District Court.
    In accordance with 28 U.S.C. § 636(b)(1), you have ten days after being served with the attached report to file written objections to the proposed findings of fact, conclusions of law, and recommendations set forth therein.  Failure to file written objections to the proposed findings, conclusions and recommendations within ten days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court.

    ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.

    Signed in Baton Rouge, Louisiana, on June 29, 2009.

_____
**MAGISTRATE JUDGE DOCIA L. DALBY**

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TYRONE STEVENS  (#505111)

VERSUS                                                                  CIVIL ACTION

BOBBY JINDAL, ET AL                                          NUMBER 09-157-FJP-DLD

MAGISTRATE JUDGE'S REPORT

This matter is before the court on the order to the plaintiff to show cause why his complaint should not be dismissed for failure to pay the court's filing fee.  Record document number 6.

On March 23, 2009, the plaintiff was ordered within 20 days to pay an initial partial filing fee in the amount of $28.37.  Record document number 4.  Plaintiff was placed on notice that it was his responsibility to pay the initial partial filing fee; prison officials were not ordered to forward the money to the Clerk of Court.

On May 18, 2009, the plaintiff was ordered to show cause on June 5, 2009, why his complaint should not be dismissed for failure to pay the initial partial filing fee.  In addition to filing a written response, the plaintiff was ordered to file copies of his inmate account statements for the months of March, April and May, 2009.

Plaintiff failed to respond to the show cause order or pay the initial partial filing fee as ordered by the court.

RECOMMENDATION

It is the recommendation of the magistrate judge that the plaintiff's complaint be

dismissed without prejudice for failure to pay the court's filing fee.

Signed in Baton Rouge, Louisiana, on June 29, 2009.

_____
**MAGISTRATE JUDGE DOCIA L. DALBY**