UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TYRONE STEVENS (#505111)

VERSUS

BOBBY JINDAL , ET AL

CIVIL ACTION

NUMBER 09-157-FJP-DLD

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which no objection was filed:

IT IS ORDERED that the plaintiff's complaint shall be dismissed without prejudice for failure to pay the court's filing fee.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, July 21, 2009.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#46230