```
                    UNITED STATES DISTRICT COURT

                    MIDDLE DISTRICT OF LOUISIANA


TYRONE STEVENS (#505111)
                                            CIVIL ACTION
VERSUS
                                            NUMBER 09-157-FJP-DLD
BOBBY JINDAL , ET AL
```

J U D G M E N T

For the written reasons assigned:

IT IS ORDERED AND ADJUDGED that judgment shall be entered, DISMISSING the plaintiff's complaint without prejudice for failure to pay the court's filing fee.

Baton Rouge, Louisiana, July 21, 2009.

```
                                      _____
                                      FRANK J. POLOZOLA
                                      MIDDLE DISTRICT OF LOUISIANA
```

Doc#46230